UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEYU LIN,

                                      Plaintiff,

            -v-

ALEJANDRO MAYORKAS, ET AL.

                                  Defendants.

202Civ. 9369 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 10, 2023, the parties filed a proposed stipulation and order for the Court to approve. Dkt. 11. The filed document addresses a different case, with different parties, before a different judge. The Court orders the parties to file a joint letter confirming whether this document was filed in error and/or file the correct stipulation for this case, if one exists, by January 17, 2023.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: January 11, 2023
        New York, New York

1